**Order entered June 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00536-CR

**TOMMY RAY VIDAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-35123-W**

## ORDER
Before Justices Fillmore, Evans, and Lewis

The Court **GRANTS** the May 20, 2014 motion of Katherine Drew to withdraw as appellant's counsel.

/s/     DAVID LEWIS
JUSTICE